UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:20-cv-00090-FDW

| JENNIFER NICOLE FULTON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER |
| ANDREW M. SAUL, | ) | |
| Commissioner of Social Security | ) | |
| Defendants. | ) | |

THIS MATTER is before the Court on Plaintiffs' Motion to Dismiss (Doc. No. 4), without prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

IT IS, THEREFORE, ORDERED that the Plaintiff's Motion to Dismiss (Doc. No. 4) is GRANTED. Plaintiff's claims are hereby DISMISSED WITHOUT PREJUDICE. The Clerk is respectfully directed to TERMINATE all pending motions (Doc. No. 1), CLOSE THE CASE, and SEND a copy of this Order to Plaintiffs' address of record.

IT IS SO ORDERED.

Signed: October 13, 2020

Frank D. Whitney
United States District Judge